AO 93 (Rev. 11/13) Search and Seizure Warrant

AUSA: Philip Ross    Telephone: (313) 226-9790
Special Agent:  Michael Pemberton, HHS    Telephone: (313) 392-8015

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
      30141 CHERRY HILL ROAD )   Case No. 22-MC-50123-2
      INKSTER, MI 48141 )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern  District of   Michigan  .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A1

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
> By:   s/Eddrey Butts
>     Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B1, in violation of:

18 U.S.C. §§ 1347, 1349, 1343, 1956(a)(1)(B)(i)- Health Care Fraud, Wire Fraud Conspiracy to Commit Health Care Fraud and Wire Fraud; Money Laundering.

**YOU ARE COMMANDED** to execute this warrant on or before   March 30, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty .
                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for 30 days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of             .

Date and time issued:   March 18, 2022  10:17 am        *[signature]*
                                                                    *Judge's signature*

City and state:   Detroit, Michigan            Hon. David R. Grand,  U. S. Magistrate Judge
                                                                      *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 22-MC-50123-2 | Date and time warrant executed: March 22, 2022 @ 8:50 AM | Copy of warrant and inventory left with: New Millenium Drugs / Millennium Specialty |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

see attached list (on FD-597, Receipt for Property)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 5, 2022

*Executing officer's signature*

Claudia Link, Special Agent, FBI
*Printed name and title*

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████

On (date) 3/22/22

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____

(Street Address) 30141 Cherry Hill Road

(City) Inkster, Michigan

Description of Item(s): SRS Box WXE1A683RLTV, SRS Box A683RZZ8, SRS Box A403RLOA, HP 110 Desktop PC S/N YCE4120WGJ, Prescriptions Billing Statements, letters, Refill reminders, delivery manifest, C2 log, Rx documents + labels, Handwritten notes, Express scripts SIU letter, Employee time cards, Wholesaler Invoices, Controlled substance RXs, Handwritten notes, Patient billing sheets, Refill log, Receipts, Patient signature sheets, prescription labels, Big Bubbles Records, Medication list, scripts, Patient bills, Patient bills, Rx 1090100-1091099, Rx 1000000-1094900, RX 104700-206199, Rx labels, Notes, Invoices, scripts, RX 104499-208038, Rx medications with torn labels/patient info, Claims, keysource invoice, statement of claims, 1099, W-4, check copies, Patient profiles, 340B patient list, C2 inventory, Audit information, Invoices, Bottlescript stickers, various pill bottle labels 2021-2022, Pill bottle labels, Box containing various pill bottles and loose unknown pills, Various pill bottle labels, Billing statements, Pill bottle labels, copies of checks (shred items), Various pill bottle labels 2020-2021, Pill bottle labels, Invoices for Shred

Received By: _[Signature]_
(Signature)

Printed Name/Title: SA Ian McDonald

Received From: _____
(Signature)

Printed Name/Title: _____